UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CHARLES B. FAULTRY,

    Petitioner,

vs.

K. ALLISON,

    Respondent.

No. C 12-3379 PJH (PR)

**ORDER EXTENDING TIME TO PROVIDE COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS**

This is a habeas case filed pro se by a state prisoner. The clerk notified petitioner that his application for leave to proceed in forma pauperis ("IFP") was defective in that he had failed to include a signed Certificate of Funds in Inmate Account and a printout of transactions in his account for the six months preceding the date he filed the petition. He was granted thirty days to correct the deficiencies.

He has filed an IFP application, but (1) it is not signed; (2) an authorized officer at the prison has not signed page five, the certificate of funds; and (3) the required printout of transactions is not attached. Because petitioner is pro se and because this is a habeas petition, petitioner is **GRANTED** thirty days from the date this order is entered to either pay the five dollar ($5.00) filing fee or provide a complete IFP application. If he does not, this case will be dismissed.

**IT IS SO ORDERED.**

Dated: September 14, 2012.

                                             PHYLLIS J. HAMILTON
                                             United States District Judge

G:\PRO-SE\PJH\HC.12\Faultry3379.ifp-ext.wpd